UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BERGERON<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SINCRO, LLC d/b/a AUTO AVENUE<br><br>　　　　　Defendant. | Case No. 3:20-cv-01815 DMS MDD<br><br>**ORDER GRANTING THE PARTIES' MOTION TO EXTEND TIME FOR DEFENDANT SINCRO, LLC TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. Dana M. Sabraw<br>Courtroom: 13A |

　　The Court having reviewed the Parties' Joint Motion to extend Defendant Sincro, LLC d/b/a/ Auto Avenue ("Sincro")'s time to move, answer, or otherwise respond to Plaintiff Jessica Bergeron's Complaint, and good cause appearing, the Court hereby grants the request and extends Sincro time to respond by thirty (30) days, from October 22, 2020, to November 21, 2020.

Dated:  October 22, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　United States District Judge